UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

THE BOARD OF MANAGERS OF
THE OTIC PROFESSIONAL
CONDOMINIUM
*on behalf of all of its Unit Owners*,

        Plaintiff,

    -against-

DEMOCRATIC REPUBLIC OF
SOMALIA,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

08 Civ. 1658 (WHP)

SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/2008

WILLIAM H. PAULEY III, District Judge:

        Counsel for Plaintiff having appeared for a June 20, 2008 conference, Plaintiff is directed to submit a letter to this Court by September 5, 2008 reporting on the status of service in this action. This Court will hold a conference on September 19, 2008 at 10:00 a.m.

Dated: June 26, 2008
      New York, New York

                         SO ORDERED:

                         WILLIAM H. PAULEY III
                            U.S.D.J.

*Counsel of Record:*

William M Rifkin, Esq.
Parker Duryee Rosoff & Haft
270 Madison Avenue
New York, NY 10016
*Counsel for Plaintiff*