**BBWG**

**Belkin Burden Wenig & Goldman, LLP**

ATTORNEYS AT LAW

270 Madison Avenue
New York, NY 10016
Tel 212. 867. 4466
Fax 212. 297. 1859

125 Main Street
Westport, CT 06880
Tel 203. 227. 1534
Fax 203. 227. 6044
www.bbwg.com

William M. Rifkin
Partner
212. 867. 4466 Ext 353
wrifkin@bbwg.com

September 5, 2008

**VIA HAND DELIVERY**

Chambers
Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: The Board of Managers of the Otic Professional Condominium, etc. v. Democratic Republic of Somalia
08 Civ. 1658 (WHP)

Dear Judge Pauley:

Pursuant to the Court's direction, the following is a status report on our attempt to effectuate service of the Foreclosure Complaint on the Democratic Republic of Somalia. as set forth in the annexed letter dated September 3, 2008 from William P. Fritzlen, Attorney Adviser of the Office of Policy Review and Inter-agency Liaison for the United States Department of State, it still has not been able to serve the Foreclosure Complaint on the Democratic Republic of Somalia, or that it has ascertained the means in which to do so.

Due to this delay that has ensued to the detriment and prejudice of the Condominium in that common charge arrears continue to accrue monthly, I respectfully request that the Court issue an Order or permit me to formally move that service of the Foreclosure Complaint be made upon the occupants of the Condominium as the legal representatives of the Democratic Republic of Somalia.

Respectfully yours,

William M. Rifkin

cc:  Charmaine Davis
     Lewis A. Lindenberg, Esq.

HCAPELL/8007.0549/599300



**United States Department of State**

*Washington, D.C. 20520*

September 3, 2008

William M. Rifkin
Belkin Burden Wenig & Goldman, LLP
270 Madison Avenue
New York, NY 10016

      Re: The Board of Managers of the Otic Professional
      Condominium v. Democratic Republic of Somalia

Dear Mr. Rifkin:

  This is in response to your letter of August 26, 2008 concerning your request for service of process upon Somalia pursuant to 28 U.S.C. 1608(a)(4) in the above referenced matter. Given that you have a hearing on September 5, 2008 I wanted to provide you with a status update on your request.

  Because the U.S. Embassy operations in Mogadishu are currently suspended, your request presents unique circumstances. I am currently working with various offices throughout the Department to determine how best to fulfill our obligations in a manner that is legally consistent with the statutes and regulations that govern the service provisions on the Foreign Sovereign Immunities Act. I realize that this has taken some time but assure you that I am committed to resolving this situation as quickly as possible. I appreciate your patience in this matter.

  If you have any questions please do not hesitate to contact me at (202) 736-9115.

          Sincerely,

          William P. Fritzlen
          Attorney Adviser
    Office of Policy Review and Inter-Agency Liaison